Opinion filed February 22, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed February 22, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                  ___________

 

                                                          No. 11-07-00023-CV 

                                                    __________

 

                                        MARTHA
ARIAS, Appellant

 

                                                             V.

 

                                      DOLORES
TORRES, Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
 County, Texas

 

                                                Trial
Court Cause No. D-117,461

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
trial court signed its judgment on October 26, 2006.  A motion for new trial was not filed.  On January 24, 2007, ninety days after the
date the judgment was signed, Martha Arias filed a notice of appeal.  We dismiss the appeal for want of
jurisdiction.

On
January 29, 2007, the clerk of this court wrote the parties and advised them
that it appeared that the notice of appeal was untimely.  Arias was directed to file a response showing
grounds for continuing this appeal. 
There has been no response to our letter of January 29.








Pursuant
to Tex. R. App. P. 26.1, the
notice of appeal is untimely and an appeal has not been properly perfected.

Therefore,
the appeal is dismissed.

 

PER
CURIAM

 

February 22, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.